```
 1 │ NORA M. MANELLA
   │ United States Attorney
 2 │ DAVID C. SCHEPER
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ JOHN S. GORDON      State Bar No. 112750
 4 │ Assistant United States Attorney
   │ Chief, Narcotics Section
 5 │      1400 United States Courthouse
   │      312 North Spring Street
 6 │      Los Angeles, California 90012
   │      Telephone: (213) 894-0610
 7 │
   │ Attorneys for Plaintiff
 8 │ United States of America
```

FILED
CLERK, U.S. DIS[TRICT]
OCT 19 1998

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 93-561 |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S EX PARTE APPLICATION FOR ORDER UNSEALING INDICTMENT AND ARREST WARRANTS; DECLARATION OF JOHN S. GORDON; [PROPOSED] ORDER |
| v. | ) | |
| SALIM MORDOK, JOSEF MORDOK, | ) | |
| Defendants. | ) | |

LODGED

Plaintiff United States of America, through its counsel of record, Assistant United States Attorney John S. Gordon, hereby applies to the court for an order unsealing the indictment and arrest warrants in No. CR 93-561, which were sealed pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure. This application is based on the attached declaration of John S. Gordon and all the files and records in the case. The government seeks unsealing of the indictment and arrest warrants in the above-titled case because one of the defendants, Josef Mordok, has been arrested in Costa Rica, and the government needs to initiate extradition proceedings against him, which will require submission of the indictment and arrest warrant for him, among

1

1 | other documents.  The government seeks unsealing of the arrest
2 | warrant for Salim Mordok so that in the event he is ultimately
3 | apprehended, the government will be able to submit in extradition
4 | proceedings a copy of that warrant, among other documents.
5 | DATED: October 15, 1998.

Respectfully submitted,

NORA M. MANELLA
United States Attorney

DAVID C. SCHEPER
Assistant United States Attorney
Chief, Criminal Division

JOHN S. GORDON
Assistant United States Attorney
Chief, Narcotics Section

Attorneys for Plaintiff
United States of America

2

## DECLARATION OF JOHN S. GORDON

I, JOHN S. GORDON, do hereby declare:

1. I am an Assistant United States Attorney and Chief of the Narcotics Section in the United States Attorney's Office for the Central District of California. I am supervising the prosecution of <u>United States v. Salim Mordok and Josef Mordok</u>, No. CR 93-561. According to the government's records, on June 17, 1993, a 16-count indictment was returned by the federal grand jury charging defendants Salim and Josef Mordok with conspiracy to aid and abet the distribution of cocaine and launder monetary instruments and laundering monetary instruments; the indictment and arrest warrants were filed under seal.

2. On October 13, 1998, I was informed by an agent of the Drug Enforcement Administration and by an attorney in the Department of Justice's Office of International Affairs that Josef Mordok had been arrested earlier that day in Costa Rica.

3. My office wishes to initiate extradition proceedings

/
/
/

against Josef Mordok and needs to formally submit copies of the indictment and arrest warrant in support of its extradition request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: October 15, 1998.

JOHN S. GORDON
Assistant United States Attorney
Chief, Narcotics Section

## ~~PROPOSED~~ ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the indictment and arrest warrants in No. CR 93-561 are unsealed for further proceedings in this case.

SO ORDERED: October 19, 1998.

UNITED STATES DISTRICT JUDGE

Presented by:

JOHN S. GORDON
Assistant United States Attorney
Narcotics Section