FILED ORIGINAL

2021 NOV 29 PM 1:35

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____ JB

1  TRACY L. WILKISON
   United States Attorney
2  SCOTT GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   J. MARK CHILDS (Cal. Bar No. 162684)
4  Assistant United States Attorneys
   International Narcotics,
5  Money Laundering, & Racketeering Section
        1400 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone:  (213) 894-2433
        Facsimile:  (213) 894-0142
8       E-mail:  mark.childs@usdoj.gov

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

                UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 93-561- |
|---|---|
| Plaintiff, | REQUEST FOR DISMISSAL OF INDICTMENT WITH PREJUDICE AS TO DEFENDANT JOSEF MORDOK ONLY, PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| JOSEF MORDOK, | |
| Defendant. | |

     Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Central District of California and Assistant United States Attorney J. Mark Childs, hereby request leave of the Court to dismiss with prejudice the Indictment, filed in the year 1993, in the above-captioned case, as to defendant JOSEF MORDOK only.  Defendant JOSEF MORDOK is charged in all counts of the Indictment.

     The government's request for dismissal is made in good faith and is based on the government's review of available evidence

1

against defendant JOSEF MORDOK. Based on the government's review of available evidence against defendant JOSEF MORDOK the government concludes it would be in the interests of justice for the Court to grant this request.

This request is submitted to the duty federal judge because no federal judge has been assigned to this case due to the fact that no defendant has made an initial appearance in this case.

Dated: November 29, 2021     Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT GARRINGER
Assistant United States Attorney
Chief, Criminal Division

             /s/
_____
J. MARK CHILDS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# CERTIFICATE OF SERVICE

I, **SANDRA POWELL**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **REQUEST FOR DISMISSAL OF INDICTMENT WITH PREJUDICE AS TO DEFENDANT JOSEF MORDOK ONLY, PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)** service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☐ By messenger, as follows:

☐ By Federal Express, as follows:

☒ By e-mail, as follows:

James Spertus
jim@spertuslaw.com

This Certificate is executed on **November 29, 2021**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

SANDRA POWELL